IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.                    CASE NO.  4:07cr00276-02 JMM

ROSEMARY WILLIAMS

ORDER

Due to a clerical error, the judgment entered November 14, 2008 (DE #50) is amended.

Condition of supervision #15, is imposed until all criminal penalties have been satisfied.

The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office and the United States Marshals Office.

IT IS SO ORDERED THIS 10th day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE